## A94A0039. A.B.C. DRUG COMPANY, INC. v. KEATON.
### (472 SE2d 721)

ANDREWS, Judge.

In *A.B.C. Drug Co. v. Monroe*, 214 Ga. App. 136 (447 SE2d 315) (1994), we reversed the trial court's denial of A.B.C. Drug Company's motion for j.n.o.v. The Supreme Court granted certiorari and reversed our decision in *Keaton v. A.B.C. Drug Co.*, 266 Ga. 385 (467 SE2d 558) (1996).

Therefore, our judgment in this case is vacated, and the judgment of the Supreme Court is made the judgment of this Court.

*Judgment affirmed. Beasley, C. J., and Johnson, J., concur.*

DECIDED JUNE 19, 1996.

*Walker & Sweat, Forrest W. Sweat, Lowendick, Speed & Donahue, Craig R. White*, for appellant.

*Chambers & Rice, Charles B. Rice, Delman L. Minchew*, for appellee.